IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

ANGELA WOODROOF           )
                          )   No. 3-13-0709
v.                        )
                          )
THE VANDERBILT UNIVERSITY )

O R D E R

In accord with the order entered March 7, 2014 (Docket Entry No. 20), the parties filed an agreed order of dismissal on March 19, 2014 (Docket Entry No. 21).

The Clerk is directed to forward the file in this case to the Honorable Kevin H. Sharp for his consideration of the parties' agreed order of dismissal.[1]

Unless otherwise directed by the Court, there will be no further proceedings before the Magistrate Judge in this case.

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge

---

[1] By orders entered September 5, 2013 (Docket Entry Nos. 13-14), the pretrial conference and trial were scheduled on September 29, 2014, and October 14, 2014, respectively.