# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| ANGELA WOODROOF, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| | )    No. 3:13-cv-0709 |
| | )    Judge Sharp |
| | )    Magistrate Judge Griffin |
| THE VANDERBILT UNIVERSITY, | ) |
| | ) |
|    Defendant. | ) |

## AGREED ORDER OF DISMISSAL

Upon agreement of the parties as evidenced by the signatures of their counsel hereto, it appearing to the Court that all matters between the matters have been compromised and settled:

It is hereby ORDERED that this matter be, and the same is hereby, dismissed with prejudice.

Entered this 19th day of March, 2014.

It is so **ORDERED**.

_____
KEVIN H. SHARP
U.S. District Court Judge

1

APPROVED FOR ENTRY BY:

By: /s/ Davidson French
Davidson French (BPR #15442)
BASS, BERRY & SIMS, PLC
150 Third Avenue South, Suite 2800
Nashville, TN 37201
(615) 742-6240

Sheree C. Wright (BPR # 011195)
Senior Associate General Counsel
VANDERBILT UNIVERSITY
Office of the General Counsel
Loews Vanderbilt Plaza, Suite 750
2100 West End Avenue
Nashville, TN 37203
(615) 322-5158

*Attorneys for Defendant*


By: /s/ Stephen W. Grace
Stephen W. Grace (BPR # 14867)
1019 16th Avenue South
Nashville, TN 37212
(615) 255-5225

By: /s/ Kerry Knox
Kerry Knox (BPR # 23302)
117 South Academy Street
Murfreesboro, TN 37130
(615) 896-1000

*Attorneys for Plaintiff*


12899466.1